Fill in this information to identify the case:

Debtor 1: TAMMIE L. YOUNG

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Connecticut

Case number: 13-31906

Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, et al.

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 7 7

**Property address:**
c/o BSI Financial Services
Number    Street

PO Box 679002

Dallas, TX 75267-9002
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:
9/1/2017 - 3/1/2019 @ $1,110.00 per month    (a) $ 21,090.00

b. Total fees, charges, expenses, escrow, and costs outstanding:
$1,150.00 (PPFN filed 10/10/14) less $629.62 unapplied funds    + (b) $ 520.38

c. **Total**. Add lines a and b.    (c) $ 21,610.38

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    09/01/2017
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | TAMMIE L. YOUNG | Case number (if known) 13-31906 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Aaron A. Fredericks, Esq.
Signature

Date 3/22/2019

Print: Aaron A. Fredericks, Esq.
       First Name   Middle Name   Last Name

Title: Counsel for U.S. Bank Trust, NA

Company: Sassoon & Cymrot, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 84 State Street, Suite 820
         Number       Street

City: Boston    State: MA    ZIP Code: 02109

Contact phone (617) 720-0099

Email: AFredericks@SassoonCymrot.com

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 2

| BK Case | 13-31906 | * Prior to 12/2011 payment changes were not required to be filed in courts or with Proof of claim | | | |
|---|---|---|---|---|---|
| BK Filing Date | 10/4/2013 | | | | |
| First Post pet date | 11/1/2013 | | | | |
| **Pmt Change Filed** | **Filing Date** | **Effective date** | **Amount** | | |
| POC pmt Filed | 2/6/2014 | 11/1/2013 | $ 1,309.36 | | |
| Pmt Change Filed | 9/29/2014 | 11/1/2014 | $ 1,104.10 | | |
| Pmt Change Filed | 6/8/2015 | 7/1/2015 | $ 973.77 | | |
| Pmt Change Filed | 8/11/2016 | 9/1/2016 | $ 1,127.52 | | |
| Pmt Change Filed | 5/3/2017 | 6/1/2017 | $ 1,110.00 | | |
| Pmt Change Filed | | | | | |
| **Date Rcvd** | **Amount Rcvd/Rvd** | | **Amount Due** | **Due Date** | **Suspense** |
| 11/6/2013 | $1,361.57 | | $ 1,309.36 | 11/1/2013 | $ 52.21 |
| 12/30/2013 | $1,309.36 | | $ 1,309.36 | 12/1/2013 | $ 52.21 |
| 2/3/2014 | $1,309.36 | | $ 1,309.36 | 1/1/2014 | $ 52.21 |
| 3/3/2014 | $1,309.36 | | $ 1,309.36 | 2/1/2014 | $ 52.21 |
| 4/30/2014 | $2,618.72 | | $ 1,309.36 | 3/1/2014 | $ 1,361.57 |
| 7/17/2014 | $1,309.36 | | $ 1,309.36 | 4/1/2014 | $ 1,361.57 |
| 8/29/2014 | $1,309.36 | | $ 1,309.36 | 5/1/2014 | $ 1,361.57 |
| 10/2/2014 | $1,309.36 | | $ 1,309.36 | 6/1/2014 | $ 1,361.57 |
| 11/3/2014 | $1,309.36 | | $ 1,309.36 | 7/1/2014 | $ 1,361.57 |
| 12/12/2014 | $1,309.36 | | $ 1,309.36 | 8/1/2014 | $ 1,361.57 |
| 4/27/2015 | $1,309.36 | | $ 1,309.36 | 9/1/2014 | $ 1,361.57 |
| 5/18/2015 | $1,309.36 | | $ 1,309.36 | 10/1/2014 | $ 1,361.57 |
| 6/26/2015 | $77.39 | | $ 1,104.10 | 11/1/2014 | $ 334.86 |
| 7/29/2015 | $1,309.36 | | $ 1,104.10 | 12/1/2014 | $ 540.12 |
| 11/5/2015 | $1,309.36 | | $ 1,104.10 | 1/1/2015 | $ 745.38 |
| 2/16/2016 | $1,000.00 | | $ 1,104.10 | 2/1/2015 | $ 641.28 |
| 4/7/2016 | $1,000.00 | | $ 1,104.10 | 3/1/2015 | $ 537.18 |
| 5/9/2016 | $1,000.00 | | $ 1,104.10 | 4/1/2015 | $ 433.08 |
| 7/5/2016 | $900.00 | | $ 1,104.10 | 5/1/2015 | $ 228.98 |
| 8/2/2016 | $900.00 | | $ 1,104.10 | 6/1/2015 | $ 24.88 |
| 9/6/2016 | $900.00 | | | | $ 924.88 |
| 9/22/2016 | $1,127.52 | | $ 973.77 | 7/1/2015 | $ 1,078.63 |
| 10/19/2016 | $1,127.52 | | $ 973.77 | 8/1/2015 | $ 1,232.38 |
| 12/5/2016 | $1,127.52 | | $ 973.77 | 9/1/2015 | $ 1,386.13 |
| 1/3/2017 | $1,127.52 | | $ 973.77 | 10/1/2015 | $ 1,539.88 |
| 2/2/2017 | $1,127.52 | | $ 973.77 | 11/1/2015 | $ 1,693.63 |
| 3/6/2017 | $1,127.52 | | $ 973.77 | 12/1/2015 | $ 1,847.38 |
| 4/10/2017 | $1,127.52 | | $ 973.77 | 1/1/2016 | $ 2,001.13 |
| 6/30/2017 | $1,127.52 | | $ 973.77 | 2/1/2016 | $ 2,154.88 |
| 7/6/2017 | $1,127.52 | | $ 973.77 | 3/1/2016 | $ 2,308.63 |
| 8/31/2017 | $1,127.52 | | $ 973.77 | 4/1/2016 | $ 2,462.38 |
| 9/28/2017 | $1,110.00 | | $ 973.77 | 5/1/2016 | $ 2,598.61 |
| 10/2/2017 | $1,110.00 | | $ 973.77 | 6/1/2016 | $ 2,734.84 |
| 11/1/2017 | $1,110.00 | | $ 973.77 | 7/1/2016 | $ 2,871.07 |

| Date Rcvd | Amount Rcvd/Rvd | | Amount Due | Due Date | Suspense |
|---|---|---|---|---|---|
| 1/17/2018 | $1,110.00 | | $ 973.77 | 8/1/2016 | $ 3,007.30 |
| 2/13/2018 | $1,110.00 | | $ 1,127.52 | 9/1/2016 | $ 2,989.78 |
| 3/20/2018 | $1,110.00 | | $ 1,127.52 | 10/1/2016 | $ 2,972.26 |
| 4/4/2018 | $1,110.00 | | $ 1,127.52 | 11/1/2016 | $ 2,954.74 |
| 4/4/2018 | | | $ 1,127.52 | 12/1/2016 | $ 1,827.22 |
| 5/15/2018 | $1,110.00 | | $ 1,127.52 | 1/1/2017 | $ 1,809.70 |
| 6/11/2018 | $2,220.00 | | $ 1,127.52 | 2/1/2017 | $ 2,902.18 |
| 8/24/2018 | $1,110.00 | | $ 1,127.52 | 3/1/2017 | $ 2,884.66 |
| 9/28/2018 | $1,110.00 | | $ 1,127.52 | 4/1/2017 | $ 2,867.14 |
| 10/22/2018 | $2,220.00 | | $ 1,127.52 | 5/1/2017 | $ 3,959.62 |
| | | | $ 1,110.00 | 6/1/2017 | $ 2,849.62 |
| | | | $ 1,110.00 | 7/1/2017 | $ 1,739.62 |
| | | | $ 1,110.00 | 8/1/2017 | $ 629.62 |
| | | | $ 1,110.00 | 9/1/2017 | $ -480.38 |
| | | | $ 1,110.00 | 10/1/2017 | $ -1,590.38 |
| | | | $ 1,110.00 | 11/1/2017 | $ -2,700.38 |
| | | | $ 1,110.00 | 12/1/2017 | $ -3,810.38 |
| | | | $ 1,110.00 | 1/1/2018 | $ -4,920.38 |
| | | | $ 1,110.00 | 2/1/2018 | $ -6,030.38 |
| | | | $ 1,110.00 | 3/1/2018 | $ -7,140.38 |
| | | | $ 1,110.00 | 4/1/2018 | $ -8,250.38 |
| | | | $ 1,110.00 | 5/1/2018 | $ -9,360.38 |
| | | | $ 1,110.00 | 6/1/2018 | $ -10,470.38 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| In re:<br><br>TAMMIE L. YOUNG<br><br>Debtor. | Chapter 13<br>Case No. 13-31906-AMN |
|---|---|

**CERTIFICATE OF SERVICE**

I, Aaron A. Fredericks, Esq. of the law firm of Sassoon & Cymrot, LLP, hereby certify that I have this 22nd of March, 2019 served on behalf of U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust, a <u>Response to Trustee's Notice of Final Cure Mortgage Payment</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Tammie L. Young<br>80 Jersey Street<br>Waterbury, CT 06706-2712 (M) | George C. Tzepos, Esq.<br>Law Offices of George C. Tzepos<br>444 Middlebury Road<br>Middlebury, CT 06762 (ECF) |
|---|---|
| U.S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 (ECF) | Roberta Napolitano, Esq.<br>10 Columbus Boulevard, 6th Floor<br>Hartford, CT 06106 (ECF) |

*/s/ Aaron A. Fredericks, Esq.*
Aaron A. Fredericks, Esq.